IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICK DeCRUIZE, | |
| Plaintiff, | Civil Action Number |
| v. | _____ |
| CURTIS TURNER, & ADT SECURITY SYSTEMS & OLD NAVY STORES   Defendant. | |

## COMPLAINT

COMES NOW Plaintiff and respectfully shows as follows,

### FIRST CAUSE OF ACTION

1.

This is a claim under 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments for the illegal arrest of Plaintiff.

2.

The Court has jurisdiction under 28 U.S.C. § 1343 and 28 U.S.C. § 1367.

3.

The actions of this officer were taken under color of state law.

4.

Each Defendant is a resident of Clayton County in the Northern District of Georgia and subject to the jurisdiction of the Court.

5.

On September 14, 2011 Plaintiff was making a delivery in a Ryder Truck to the loading dock at Old Navy. It was approximately 2:30 in the morning.

6.

Defendant arrived at the scene.

7.

At all times Plaintiff was cooperative with Defendant and tried to explain that he was merely making deliveries.

8.

According to Defendant and with no reason whatsoever Defendant "advanced forward with [his] left arm and hand in a swift motion pushing [Plaintiff] back causing [Plaintiff] to lose balance and fall back onto the ground".

9.

Defendant then had Plaintiff handcuffed.

10.

Without arguable probable cause or probable cause Defendant then arrested Plaintiff in violation of the Fourth and Fourteenth Amendments.

11.

Defendant then served a warrant based on fabricated testimony.

12.

Plaintiff was finally released from custody approximately 36 hours after arrest when Matthew Jewel, lawyer for Forward Air Freight, viewed the videotape of the incident which corroborated Plaintiff's story.

13.

As a proximate result of Defendant's actions Plaintiff was damaged in the amount of $750,000.

14.

Plaintiff is entitled to punitive damages in the amount of $750,000 against Defendant Turner.

15.

Plaintiff is entitled to reasonable attorney fees under 42 U.S.C. § 1988.

## SECOND CAUSE OF ACTION

16.

Paragraphs 2-15 are realleged as though fully set out.

17.

The arrest of Plaintiff was in violation of Art. 1, Sec. 1, Para. XIII of the Georgia Constitution.

18.

Defendant took the actions alleged above with the intent to injure Plaintiff.

19.

Because of the intentional tort committed by Defendant, Plaintiff is entitled to reasonable attorney fees.

## THIRD CAUSE OF ACTION

20.

Paragraph 16, 18 and 19 are realleged as though fully set out.

21.

The arrest of Plaintiff constituted abuse in violation of Art. 1, Sec. 1, Para. XVII of the Georgia Constitution.

## FIFTH CAUSE OF ACTION

22.

Paragraph 20 is realleged as though fully set out.

23.

Plaintiff was unlawfully detained by Defendant and deprived of his physical liberty.

SIXTH CAUSE OF ACTION

24.

Paragraph 20 is realleged as though fully set out.

25.

Plaintiff was maliciously arrested by Defendant without probable cause.

WHEREFORE Plaintiff prays,

1) For damages and punitive damages as set out above;

2) For attorney fees;

3) For jury trial;

4) For such other and further relief as is just and proper.

                                Respectfully submitted,

                                /s/ Ralph Goldberg
                                Ralph Goldberg
                                Ga. Bar No. 299475
                                Attorney for Plaintiff

Goldberg & Cuvillier, P.C.
2167 Northlake Parkway Bld. 2 Suite 103
Tucker, GA 30084
(404) 378-7700
(404) 378-7708 FAX

                                /s/ Keith Foster
                                Keith Robert Foster
                                Ga. Bar No. 271001
                                Attorney for Plaintiff

The Foster Firm, LLC
One Crown Center
1895 Phoenix Blvd.
Suite 110
Atlanta, Ga. 30349
(404) 559-8325
(404) 559-8335 FAX